1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

RAUL ARAMBULA GARCIA,                )     No. ED CV 08-1477-PLA
                                     )
                    Plaintiff,       )
                                     )     **JUDGMENT**
          v.                         )
                                     )
MICHAEL J. ASTRUE,                   )
COMMISSIONER OF SOCIAL               )
SECURITY ADMINISTRATION,             )
                                     )
                    Defendant.       )
_____)

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded for further administrative proceedings consistent with the Memorandum Opinion.

DATED: January 7, 2010

_____
                    PAUL L. ABRAMS
                    UNITED STATES MAGISTRATE JUDGE